Nos. 25-1641, 25-1705

# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

STATE OF IOWA, et al.,
*Plaintiffs-Appellees*,

v.

COUNCIL ON ENVIRONMENTAL QUALITY, et al.,
*Defendants*,

and

ALASKA COMMUNITY ACTION ON TOXICS, et al.,
*Intervenor Defendants-Appellants / Intervenors*,

and

STATE OF WASHINGTON, et al.,
*Intervenors / Intervenor Defendants-Appellants*.

Appeal from the U.S. District Court for the District of North Dakota
No. 1:24-cv-00089-DMT-CRH (Hon. Daniel M. Traynor)

**JOINT MOTION TO SET BRIEFING SCHEDULE FOR MOTIONS TO DISMISS AND TO STAY MERITS BRIEFING**

This matter is a set of consolidated appeals from the district court's judgment vacating the Council on Environmental Quality's final 2024 Rule, 89 Fed. Reg. 35442 (May 1, 2024). Intervenor Defendants-Appellants Alaska Community Action on Toxics, et al. (ACAT) and Intervenor Defendants-Appellants State of Washington, et al. (State Defendants) plan to move the

Court to dismiss these appeals as moot and to request that the Court vacate the district court's judgment. While all parties agree that the appeals are moot, the parties have different positions on whether the Court should vacate the district court's judgment. The parties accordingly jointly request that the Court set a consolidated briefing schedule for ACAT's and State Defendants' motions to dismiss and vacate, and that the Court stay its current appellate briefing schedule and all other deadlines set in the Court's Consolidated Appeal Briefing Schedule Order issued on April 11, 2025.

1. The parties propose the following schedule for briefing on ACAT's and State Defendants' forthcoming motions:

- April 30, 2025: ACAT and State Defendants file motions.
- May 30, 2025: Federal Defendants and State Plaintiffs each file consolidated responses.
- June 20, 2025: ACAT and State Defendants each file consolidated replies.

2. Fed. R. App. P. 26(b) permits modifying the briefing schedule for good cause. Under Fed. R. App. P. 27(a)(3), the default briefing schedule to respond to a motion is 10 days, and any reply must be filed 7 days after a response. There is good cause to modify the default schedule for briefing on ACAT's and State Defendants' forthcoming motions for the following reasons:

a.      Federal Defendants/Plaintiff States statement:

Filing consolidated responses to ACAT and State Defendants' motions will require significant resources and time. Federal parties must work closely with high-level officials at the Council on Environmental Quality to develop the federal government's position in this case, and any draft response must undergo review by high-level officials within the U.S. Department of Justice. Some of these officials are still onboarding and may require significant time to become familiar with this case. Plaintiff States also require time to coordinate and ensure that any briefing is amenable to the broader body. Having time to draft and then ensure that the different State parties are amenable and consent to the filing is vital to an orderly process.

b.     ACAT:

ACAT has no opposition to providing Appellees with additional time to respond to its motion, and requires additional time of its own to reply due to existing commitments in other cases, including an argument by its counsel in the Fifth Circuit Court of Appeals scheduled for June 2, 2025.

c. State Defendants' statement:

State Defendants do not oppose the proposed briefing schedule which provides Appellees with additional time to respond to the State Defendants' motion. State Defendant require additional time as well for reply as it takes

additional time coordinate a reply among our coalition of eleven states and the District of Columbia bringing the motion.

3. Under this Court's Consolidated Appeal Briefing Schedule Order, Appellant briefs are due June 2, 2025, and Appellee briefs and Appellant replies are due thereafter according to the Court's schedule. Courts have "broad discretion to stay proceedings as an incident to its power to control its own docket." *Clinton v. Jones*, 520 U.S. 681, 706 (1997); *see also Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *Sierra Club v. U.S. Army Corps of Eng'rs*, 446 F.3d 808, 816 (8th Cir. 2006). Because ACAT and State Defendants plan to move to dismiss their appeals as moot, and Federal Defendants and Plaintiff States agree that these appeals are moot, this Court should stay the merits briefing schedule. Staying the merits briefing schedule will avoid unnecessary expense for the parties and facilitate speedy disposition of these appeals.

## CONCLUSION

For the foregoing reasons, the Court should set the aforementioned briefing schedule for ACAT and State Defendants' forthcoming motions to dismiss and vacate, and stay the Court's current appellate briefing schedule.

Respectfully submitted,

| | |
|---|---|
| FOR THE STATE OF WASHINGTON<br>NICHOLAS W. BROWN<br>Attorney General of Washington<br><br>s/ *Elizabeth Harris*<br>ELIZABETH HARRIS<br>YURIY KOROL<br>Assistant Attorneys General<br>Washington State Attorney General's Office<br>Environmental Protection Division<br>800 5th Avenue, Suite 2000<br>Seattle, WA 98104<br>(206) 521-3213<br>Elizabeth.Harris@atg.wa.gov | *On behalf of Plaintiff States*<br><br>s/ *Eric Wessan*<br>ERIC WESSAN<br>*Solicitor General*<br>Office of Iowa Attorney General<br>1305 Walnut Street<br>Des Moines, IA 50319<br>(515) 823-9117<br>eric.wessan@ag.iowa.gov |
| *On behalf of Defendants ACAT, et al.*<br><br>s/ *Jan Hasselman*<br>JAN HASSELMAN<br>*Senior Attorney*<br>Earthjustice<br>810 3rd Avenue, #610<br>Seattle, WA 98104<br>(206) 343-7340<br>jhasselman@earthjustice.org | *Counsel for Federal Defendants*<br><br>s/ *Benjamin W. Richmond*<br>BENJAMIN W. RICHMOND<br>*Attorney*<br>Environment and Natural Resources Division<br>U.S. Department of Justice<br>408 Atlantic Avenue, Suite 236<br>Boston, MA 02110<br>(202) 598-1112<br>benjamin.richmond@usdoj.gov |

| FOR THE STATE OF CALIFORNIA | FOR THE DISTRICT OF COLUMBIA |
|---|---|
| ROB BONTA | BRIAN L. SCHWALB |
| Attorney General of California | Attorney General for the District of Columbia |

/s/ *Jamie Jefferson*
SARAH E. MORRISON, SBN 143459
Supervising Deputy Attorney General
JAMIE JEFFERSON, SBN 197142
(admitted in D.N.D.)
Deputy Attorneys General
1515 Clay Street, 20th Floor
Oakland, CA 94602
(510) 879-3298
Jamie.Jefferson@doj.ca.gov

/s/ *Wesley Rosenfeld*
WESLEY ROSENFELD
Housing and Environmental Justice Section
Assistant Attorney General
400 6th Street NW
Washington, D.C. 20001
(202)368-2569
wesley.rosenfeld1@dc.gov

FOR THE STATE OF ILLINOIS
KWAME RAOUL
Attorney General

/s/ Jason E. James
JASON E. JAMES, admitted *pro hac vice*
Assistant Attorney General
MATTHEW J. DUNN
Chief, Environmental Enforcement/
Asbestos Litigation Division
Office of the Attorney General
201 W. Pointe Drive, Suite 7
Belleville, IL 62226
Ph: (217) 843-0322
Email: jason.james@ilag.gov

FOR THE STATE OF MARYLAND
ANTHONY G. BROWN
Attorney General

/s Steven Goldstein
STEVEN J. GOLDSTEIN, admitted *pro hac vice*
Special Assistant Attorney General
Office of the Attorney General of Maryland
200 Saint Paul Place
Baltimore, MD 21202
410-576-6414
sgoldstein@oag.state.md.us

FOR THE COMMONWEALTH OF MASSACHUSETTS
ANDREA JOY CAMPBELL
Attorney General

*/s/ Edwin Ward*
EDWIN WARD
Assistant Attorney General
Office of the Attorney General
Energy and Environment Bureau
One Ashburton Place, 18th Floor
Boston, MA 02108
(617) 727-2200
edwin.ward@mass.gov

FOR THE STATE OF MICHIGAN
DANA NESSEL
Attorney General

*/s/ Benjamin C. Houston*
BENJAMIN C. HOUSTON (admitted in D.N.D.)
Assistant Attorney General
Environment, Natural Resources, and Agriculture Division
6th Floor G. Menne Williams Building
525 W. Ottawa Street
P.O. Box 30755
Lansing, Michigan 48909
(517) 335-7664
HoustonB1@michigan.gov

FOR THE STATE OF NEW JERSEY
MATTHEW J. PLATKIN
Attorney General of New Jersey

*/s/ Dianna Shinn*
DIANNA SHINN, admitted *pro hac vice*
(N.J. Bar No. 242372017)
Deputy Attorney General
Environmental Enforcement & Enforcement Justice Section
New Jersey Division of Law
25 Market Street
P.O. Box 093
Trenton, NJ 08625-093
(609) 376-2740
Dianna.Shinn@law.njoag.gov

FOR THE STATE OF NEW MEXICO
RAÚL TORREZ
Attorney General

*/s/ J. Spenser Lotz*
J. SPENSER LOTZ (admitted in D.N.D.)
Assistant Attorney General
201 3rd St. NW
Suite 300
Albuquerque, NM 87102
Tel. (505) 616-7560
SLotz@nmdoj.gov

| | |
|---|---|
| FOR THE STATE OF NEW YORK<br>LETITIA JAMES<br>Attorney General<br><br>/s/ *Max Shterngel*<br>Assistant Attorney General<br>Environmental Protection Bureau<br>ANTHONY R. RADUAZO<br>Assistant Solicitor General<br>Office of the Attorney General<br>28 Liberty Street, 19th Floor<br>New York, NY 10005<br>(212) 416-6692<br>max.shterngel@ag.ny.gov<br>Anthony.raduazo@ag.ny.gov | FOR THE STATE OF OREGON<br>DAN RAYFIELD<br>ATTORNEY GENERAL<br><br>/s/ *Paul Garrahan*<br>PAUL GARRAHAN, admitted *pro hac vice*<br>Attorney-in-Charge<br>Natural Resources Section<br>Oregon Department of Justice<br>1162 Court Street NE<br>Salem, Oregon 97301-4096<br>(503)947-4540<br>Paul.Garrahan@doj.oregon.gov |

FOR THE STATE OF WISCONSIN
JOSHUA L. KAUL
Attorney General of Wisconsin

/s/ *Tressie K. Kamp*
TRESSIE K. KAMP, admitted *pro hac vice*
Assistant Attorney General
Wisconsin Department of Justice
17 W. Main Street
Madison, WI 53707-7857
(608)266-9595
tressie.kamp@wisdoj.gov

# CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limitations of Federal Rule of Appellate Procedure 27(d) because, excluding the parts of the document exempted by Rule 32(f), the document contains 655 words. This document complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Rule 32(a)(6) because the document has been prepared in a proportionally spaced typeface using Microsoft Word 2016 in 14-point Calisto MT font.

s/ *Elizabeth Harris*
ELIZABETH HARRIS

*Counsel for Appellant State of Washington*

# CERTIFICATE OF SERVICE

I hereby certify that on April 23, 2025, I electronically filed the foregoing motion with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the appellate CM/ECF system. I certify that all participants in the case are registered CM/ECF users, and service will be accomplished by the appellate CM/ECF system.

s/ *Elizabeth Harris*
ELIZABETH HARRIS

*Counsel for Appellant State of Washington*