# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 25-1641

State of Iowa, et al.

Appellees

v.

Council on Environmental Quality and Brenda Mallory, in her official capacity as Chair

Appellees

Alaska Community Action on Toxics

Appellant

Center for Biological Diversity

Center for Environmental Health and Center for Food Safety

Appellants

Environmental Law and Policy Center

Environmental Protection Information Center, et al.

Appellants

Labor Council for Latin American Advancement

Malama Makua, et al.

Appellants

People's Collective for Environmental Justice

Rio Grande International Study Center, et al.

Appellants

State of Washington, et al.

---

Appeal from U.S. District Court for the District of North Dakota - Western
(1:24-cv-00089-DMT)

---

# ORDER

The motion to withdraw as counsel filed by Grant Donald Strobl is granted. Grant Donald Strobl for State of Nebraska has been granted leave to withdraw from this case. Appellee State of Nebraska will continue to be represented by Cody S. Barnett.

August 26, 2025

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Susan E. Bindler